FILED

2019 SEP 13 PM 2:05

CLERK U.S. DISTRICT
CENTRAL DIST. OF CAL.
LOS ANGELES

BY:_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, | No. CR 19CR00537-RGK

Plaintiff,

v.

MARK ADAM SKARULIS,

Defendant.

INFORMATION

[26 U.S.C. § 7203: Failure to File a Tax Return]

[CLASS A MISDEMEANOR]

The United States Attorney charges:

[26 U.S.C. § 7203]

During the calendar year 2015, defendant MARK ADAM SKARULIS, a resident of Redondo Beach, California, received gross income of $50,388, and by reason of such gross income was required by law to file an income tax return with the Internal Revenue Service on or before April 15, 2016, stating the items of his gross income and any deductions and credits to which he was entitled. Defendant SKARULIS

//
//
//
//
DOB

1

knew of his obligation to file an income tax return and willfully failed to do so, in the Central District of California and elsewhere.

NICOLA T. HANNA
United States Attorney

*/s/ Scott M. Garringer*
Scott M. Garringer
Deputy Chief, Criminal Division For:

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

MACK E. JENKINS
Assistant United States Attorney
Chief, Public Corruption &
    Civil Rights Section

DANIEL J. O'BRIEN
Assistant United States Attorney
Deputy Chief, Public Corruption &
    Civil Rights Section