ORIGINAL

HILARY POTASHNER (Bar No. 167060)
Federal Public Defender
ADAM OLIN (Bar No. 298380)
(E-Mail: Adam_Olin@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-1462
Facsimile: (213) 894-0081

Attorneys for Defendant
MARK ADAM SKARULIS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>MARK ADAM SKARULIS<br><br>  Defendant. | Case No. 19-CR-537-RGK<br><br>**UNOPPOSED *EX PARTE* APPLICATION FOR ORDER WAIVING DEFENDANT'S PRESENCE AT INITIAL APPEARANCE AND ARRAIGNMENT** |

## MEMORANDUM OF POINTS AND AUTHORITIES

Defendant Mark Adam Skarulis respectfully requests that the Court enter an Order permitting him to waive his presence for his initial appearance and arraignment in this misdemeanor case, currently scheduled for September 27, 2019, pursuant to Rules 43(b)(2) and 10(b). The government does not oppose the application. A proposed order granting the requested relief is being filed simultaneously with this application.

Rule 43 generally requires a defendant to be present at his or her initial appearance and arraignment. Fed. R. Crim. P. 43(a)(1). However, the rule also provides that a defendant "need not be present" where the defendant is charged with a misdemeanor. Fed. R. Crim. P. 43(b)(2). Rule 10 furthermore specifies that a defendant "need not be present" for arraignment where he or she is charged with a misdemeanor, has executed a signed waiver of presence affirming receipt of the charging document and the intention to plead not guilty, and the court accepts the waiver. Fed. R. Crim. P. 10(b).

Mr. Skarulis satisfies both Rules. Mr. Skarulis has been charged in an Information with a single count of violating 26 U.S.C. § 7203, a misdemeanor punishable by no more than one year in prison. Mr. Skarulis and counsel have also executed a signed waiver affirming that he has received the filed Information and intends to plead not guilty at his arraignment. Ex. A.

Permitting Mr. Skarulis to waive his presence for the initial appearance and arraignment is moreover in the interests of justice. Mr. Skarulis currently lives in Sarasota, Florida. Olin Decl. ¶ 3. The cost of travel and lodging to Los Angeles for Mr. Skarulis, who is represented by the Federal Public Defender's Office, is significant. Counsel has consulted with Mr. Skarulis on this matter at length, and believes Mr. Skarulis to understand the nature and gravity of the action, his right to be present for all proceedings including initial appearance and arraignment, and the impact of forfeiting that right. *Id.* ¶ 4. The government will request that Mr. Skarulis be released on his own recognizance. *Id.* ¶ 6.

For these reasons, Mr. Skarulis respectfully requests that the Court enter an order permitting him to waive his presence at his initial appearance and arraignment, pursuant to Rules 43 and 10.

                                             Respectfully submitted,

                                             HILARY POTASHNER
                                             Federal Public Defender

DATED: September 19, 2019     By /s/ Adam Olin
                                             ADAM OLIN
                                             Deputy Federal Public Defender
                                             Attorneys for Mark Adam Skarulis

## DECLARATION OF ADAM OLIN

I, Adam Olin, hereby declare:

1. I am a Deputy Federal Public Defender in the Central District of California who was previously appointed to represent Mark Skarulis in this matter. I am licensed to practice law in the State of California and am admitted to this Court.

2. Mr. Skarulis has been charged in this matter for violating 26 U.S.C. § 7203, a misdemeanor.

3. Mr. Skarulis currently lives in Sarasota, Florida. Travel and lodging from Florida to Los Angeles is accordingly a meaningful cost.

4. Mr. Skarulis and I have had extended discussions regarding this matter. In my view, Mr. Skarulis understands the nature of the action. He moreover understands that he has the right to be present at all stages of this matter and desires to waive his presence for this proceeding.

5. Mr. Skarulis is in receipt, and has reviewed, a copy of the filed Information. It is his intention to plead not guilty at arraignment.

6. I have spoken with Daniel J. O'Brien, counsel for the government, who has informed me that he will request that Mr. Skarulis be released upon his own recognizance.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED: September 19, 2019        By: /s/ Adam Olin
                                 ADAM OLIN
                                 Deputy Federal Public Defender

Exhibit A

## WAIVER OF PRESENCE

I, Mark Adam Skarulis, hereby waive my right to be present for my initial appearance and arraignment in this matter. I request that the Court proceed in my absence during those proceedings, and agree that my interests will be deemed represented at all times by the presence of my attorney, the same as if I myself was personally present in court, and further agree to be present in person in court ready for trial on any day and hour which the Court may fix in my absence.

I have received a copy of the Information filed in this matter, reviewed it, and consulted with my attorney regarding it. It is my intention to offer a plea of not guilty at arraignment.

DATED: September 10, 2019

_____
Mark Adam Skarulis

Bradenton, FL, 34209
City, State, Zip Code

DATED: September 10, 2019

_____
ADAM OLIN
Deputy Federal Public Defender
Attorney for Mark Adam Skarulis

2

## PROOF OF SERVICE

I, Victoria Rolon, declare that I am a resident or employed in Los Angeles County, California; that my business address is the Office of the Federal Public Defender, 321 East 2nd Street, Los Angeles, California 90012-4202, Telephone No. (213) 894-2854; that I am over the age of eighteen years; that I am not a party to the action entitled above; that I am employed by the Federal Public Defender for the Central District of California, who is a member of the Bar of the State of California, and at whose direction I served a copy of the attached **UNOPPOSED** *EX PARTE* **APPLICATION FOR ORDER WAIVING DEFENDANT'S PRESENCE AT INITIAL APPEARANCE AND ARRAIGNMENT**

on the following individual(s) by:

| [X] Placing same in a sealed envelope for collection and interoffice delivery addressed as follows: | [ ] Placing same in an envelope for hand delivery addressed as follows: | [ ] Placing same in a sealed envelope for collection and mailing via the United States Post Office addressed as follows: | [ ] Faxing same via facsimile machine addressed as follows: |
|---|---|---|---|

[ ] By facsimile as follows:

[ ] By e-mail as follows:

Daniel J. O'Brien, AUSA
daniel.obrien@usdoj.gov

This proof of service is executed at Los Angeles, California, on September 19, 2019.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
Victoria Rolon