UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | CR 19-00537-RGK | Date: November 18, 2019 |
| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
| Interpreter | N/A | |

| Sharon L. Williams | Sheri Kleeger | Elisa Fernandez |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| MARK ADAM SKARULIS | X | | X | Adam Olin, DFPD | X | X | |

**Proceedings:** **GUILTY PLEA**

X  Defendant moves to change plea to the Single-Count Information.

X  Defendant sworn.

X  Defendant enters new and different plea of GUILTY to Count One.

X  The Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid and further FINDS the plea is knowledgeable and voluntarily made. The Court ORDERS the plea accepted and entered.

X  The Court refers the defendant to the Probation Office for investigation and report and the matter is continued to February 24, 2020 at 10:00 a.m. for sentencing. The Probation Officer is hereby directed to disclose the Presentence Report on or before January 20, 2020.

X  Position papers are due 14 days before sentencing. Responsive documents are due 7 days before sentencing.

X  Terms of bond to remain pending sentencing.

: 17

Initials of Deputy Clerk  slw

cc: USPO/PSA